|  |  |
|---|---|
| 1 | Hovanes Margarian (Bar No. 246359) |
|  | hovanes@margarianlaw.com |
| 2 | THE MARGARIAN LAW FIRM |
| 3 | 462 West Colorado Street |
|  | Glendale, California 91204 |
| 4 | Telephone Number: (818) 553-1000 |
| 5 | Facsimile Number: (818) 553-1005 |
| 6 | Attorneys for Plaintiff |
| 7 | Igor Bogdanovskiy |
| 8 | Soheyl Tahsildoost (Bar No. 271294) |
| 9 | Donna Hooper (Bar. No. 206604) |
|  | THETA LAW FIRM, LLP |
| 10 | 12100 Wilshire Blvd. Suite 1070 |
| 11 | Los Angeles, CA 90025 |
|  | Telephone: (424) 297-3103 |
| 12 | Facsimile: (424) 286-2244 |
| 13 | eservice@thetafirm.com |
| 14 | Attorneys for Defendant Mercedes-Benz USA, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR BOGDANOVSKIY an individual, | Case No.: 2:23-cv-05312-AB-MAR |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; LOS ANGELES-M INC. a California Stock Corporation: and DOES 1 through 30, inclusive, | Judge: Hon. Andre Birotte, Jr. |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, IGOR BOGDANOVSKIY, and

Defendant, MERCEDES-BENZ USA, LLC, (the "Parties"), jointly write to advise this Court that they have settled this matter by way of an accepted Rule 68 offer. However, the attorneys' fees, costs, expenses remain unsettled and Plaintiff intends to file a motion.

    The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending. Once all terms of the settlement are completed and payment is received by Plaintiff, including payment of attorneys' fees to be determined by agreement or motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

DATED: August 1, 2023        THE MARGARIAN LAW FIRM

By:  /s/ Hovanes Margarian
HOVANES MARGARIAN
Attorneys for Plaintiff IGOR BOGANOVSKIY

DATED: August 1, 2023        THETA LAW FIRM, LLP

By:  _____
DONNA HOOPER
SOHEYL TAHSILDOOST
Attorneys for Defendant MERCEDES-BENZ USA, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023 I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____
Donna Hooper