JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR BOGDANOVSKIY, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; LOS ANGELES -M, INC., a California Stock Corporation; and DOES 1 through 30, inclusive,<br><br>              Defendant. | Case No. 2:23-cv-05312-AB-MAR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 11, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.