UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR BOGDANOVSKIY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LOS ANGELES-M INC., a California Stock Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-05312-AB-MAR<br><br>[~~PROPOSED~~] **JUDGMENT RE: PLAINTIFF'S ATTORNEY'S FEES, COSTS, AND EXPENSES**<br><br>Judge: Hon. André Birotte Jr. |

On January 24, 2024, the Court issued its Order Granting Motion for Attorneys' Fees and Costs (Dkt. 24) awarding Plaintiff IGOR BOGDANOVSKIY $11,947.50 in attorneys' fees, and $518.47 in costs and expenses. **JUDGMENT** is therefore entered in favor of Plaintiff IGOR BOGDANOVSKIY in the total amount of $12,465.97, to be paid within forty-five (45) days of the issuance of this order.

**IT IS SO ORDERED.**

Dated: February 01, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1